George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor in a dry area. The penalty assessed is a fine of $150.

The complaint and information, as well as all other matters of procedure, appear to be regular. The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is brought forward for review.

The judgment of the trial court is affirmed.

This record contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.

**Ex parte RAWLINS.**
No. 26352.

Court of Criminal Appeals of Texas.
March 11, 1953.

**WINN v. STATE.**
No. 26305.

Court of Criminal Appeals of Texas.
March 11, 1953.

No attorney on appeal, for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the driving while intoxicated upon a public highway; the punishment, a fine of $100.

Clyde Boose, Sweetwater, for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.